OPINION — AG — SERVICE BY A CITY COUNCILMAN OR SCHOOL BOARD MEMBER AS A VOLUNTEER FIREMAN DOES NOT CONSTITUTE A DUAL OFFICE HOLDING UNDER 51 O.S. 1971 6 [51-6] IN THAT A VOLUNTEER FIREMAN IS NOT AN OFFICER WITHIN THE MEANING OF SAID SECTION. SERVICE BY A CITY COUNCILMAN AS A VOLUNTEER FIREMAN IS NOT PER SE IN CONFLICT WITH THE PROVISIONS OF 62 O.S. 1971 371 [62-371] CITE: 11 O.S. 1971 961.4 [11-961.4], 11 O.S. 1971 962.7 [11-962.7], 11 O.S. 1971 371 [11-371], 11 O.S. 1976 Supp., 345 [11-345], 85 O.S. 1971 2 [85-2] [85-2], 11 O.S. 1976 Supp., 16.3 [11-16.3], 51 O.S. 1971 6 [51-6] (MICHAEL CAUTHRON) ** SEE: OPINION NO. 89-599 (1989)